UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS PIPPINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITI BANK,<br><br>　　　　　Defendant. | Case No. 23-cv-05206-VC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

　　　　The plaintiff has not filed an opposition to the defendant's motion to dismiss. The deadline for the opposition was February 26, 2024, which was a week ago. If no opposition is filed by March 14, 2024, then the case will be dismissed for failure to prosecute.

　　　　**IT IS SO ORDERED.**

Dated: March 5, 2024

VINCE CHHABRIA
United States District Judge