UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS PIPPINS,<br><br>   Plaintiff,<br><br>  v.<br><br>CITI BANK,<br><br>   Defendant. | Case No. 23-cv-05206-VC<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 24 |

  The complaint is dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. On February 12, 2024, Citi Bank filed a motion to dismiss Idris Pippins's complaint. Pippins's response to that motion was due on February 26, 2024. But no response was filed. On March 5, 2024, the Court issued an order stating that the complaint would be dismissed for failure to prosecute if a response to the motion to dismiss was not filed by March 14, 2024. That date has passed, and Pippins still has not filed a response to the motion to dismiss (or to the order). Thus, the complaint is dismissed, and the dismissal is with prejudice. The Clerk's office is directed to close the case.

  **IT IS SO ORDERED.**

Dated: March 20, 2024

_____
VINCE CHHABRIA
United States District Judge